

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00010-CV

**CHARLES LARRY HUNNICUTT,**

**Appellant**

 **v.**

**BRAD LIVINGSTON, ET AL,**

**Appellee**

### From the 278th District Court
### Walker County, Texas
### Trial Court No. 1427201

## MEMORANDUM  OPINION

Charles Larry Hunnicutt appeals from the trial court's December 17, 2014 order dismissing his suit as frivolous. Hunnicutt's brief was originally due on August 6, 2015. On August 3, 2015, Hunnicutt filed a motion for extension of time to file his brief.  This Court granted the motion, and Hunnicutt's brief was due on October 5, 2015.  By letter dated October 23, 2015, this Court notified Hunnicutt that the appeal was subject to dismissal for want of prosecution if a brief or response showing grounds for continuing the appeal was not filed within 21 days from the date of the letter.  More than 21 days

have passed, and no response has been filed. Accordingly, this appeal is dismissed. TEX.

R. APP. P. 42.3(b).


                              AL SCOGGINS
                              Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 3, 2015
[CV06]

